**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No.: 1:17-CV-24208-CMA

DALE WILLIS,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**
**<u>DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, I hereby disclose the following Interested Persons:

1.)   the name of each persons, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Dale Willis

Edward Philip Dabdoub

Bryn E. Natland

Dabdoub Law Firm, P.A.

Life Insurance Company of North America


2.)   the name of every entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3.)  the name of every entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4.)  the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Dale Willis

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 5, 2017

BY:  _/s/ *Edward P. Dabdoub*_
Edward Philip Dabdoub (FBN. 45685)
eddie@longtermdisability.net
Bryn Natland (FBN. 86604)
bryn@longtermdisability.net
DABDOUB LAW FIRM, P.A.
1600 Ponce de Leon Blvd., Suite 1205
Miami, Florida 33134
Tel: (305) 754-2000
Fax: (305) 754-2007

*Attorneys for Plaintiff*